**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROY L. MORRISON,

    Plaintiff,

v.

ALBERTO GONZALES, et al.,

    Defendants.

No. C 05-04351 JSW

**ORDER RE SANCTIONS**

This matter comes before the Court following a hearing on the Court's January 13, 2006, Order to Show Cause as to why this matter should not be dismissed for failure to prosecute. For the reasons stated on the record at the hearing, the Court ORDERS Plaintiff's counsel to pay $1,000 to the Clerk of the Court. This sanction is to be paid by Plaintiff's counsel and shall not be passed on to Plaintiff. The Court also wishes to clarify one aspect this Order as set forth on the record. When the Court stated that it wanted the matter referred to the State Bar Association, it was referring to its Order with respect to the *amount* of sanctions imposed, *i.e.* the $1,000 to be payable to the Court and any further sanctions imposed in the form of attorneys' fees payable to the Government.

    **IT IS SO ORDERED.**

Dated: January 27, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Finance Office