IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROY L. MORRISON,

    Plaintiff,

v.

ALBERTO GONZALES, et al.,

    Defendants.
_____/

No. C 05-04351 JSW

**ORDER AWARDING ATTORNEYS' FEES**

On January 27, 2006, this matter came before the Court upon consideration of the Federal Defendants' motion to dismiss and the Court's Order to Show Cause to Plaintiff directing him to show cause why the matter should not be dismissed for failure to prosecute.

At the conclusion of that hearing, the Court directed the Federal Defendants' to submit a statement of the fees that had been incurred as a result of Plaintiff's counsel's actions during the course of this litigation. The Court stands by its intention to award the Federal Defendants the fees incurred as a result of Plaintiff's counsel's actions.

Having considered, the Federal Defendants' statement of fees, as well as Plaintiff's opposition thereto, the Court HEREBY AWARDS the Federal Defendants $1,200.00 as reasonable attorneys' fees incurred for the matters addressed in the hearing on the Order to Show Cause. These fees shall be paid by Plaintiff's counsel and shall not be passed along to Plaintiff as costs of this litigation.

Plaintiff's counsel is FURTHER ORDERED to pay these fees by no later than March 17, 2006. The Federal Defendants are HEREBY ORDERED to advise the Court and Plaintiff's

1  counsel, by letter, of the name of the appropriate payee by February 24, 2006.

2  **IT IS SO ORDERED.**

4  Dated: February 22, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE