**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROY L. MORRISON,

    Plaintiff,

    v.

ALBERTO GONZALES, et al.,

    Defendants.
_____/

No. C 05-04351 JSW

**NOTICE OF TENTATIVE RULING AND QUESTIONS FOR HEARING**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE OF THE FOLLOWING **TENTATIVE** RULING AND QUESTIONS FOR THE HEARING SCHEDULED ON MAY 12, 2006, AT 9:00 A.M.:

    The Court has reviewed the parties' memoranda of points and authorities and, thus, does not wish to hear the parties reargue matters addressed in those pleadings.  If the parties intend to rely on authorities not cited in their briefs, they are ORDERED to notify the Court and opposing counsel of these authorities reasonably in advance of the hearing and to make copies available at the hearing.  If the parties submit such additional authorities, they are ORDERED to submit the citations to the authorities only, without argument or additional briefing.  *Cf.* N.D. Civil Local Rule 7-3(d).  The parties will be given the opportunity at oral argument to explain their reliance on such authority.

    The Court **tentatively GRANTS** the motion to dismiss and reserves on whether leave to amend shall be granted.

    The parties each shall have ten (10) minutes to address the following questions:

1. What additional facts, if any, can Plaintiff allege in support of his hostile work environment claim? To the extent Plaintiff can allege additional facts to support this claim, which of those facts relate to events occurring after July 9, 2004?
2. Are there any other issues the parties wish to address?

Dated: May 11, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE