1  Robert M. Ball, State Bar #138482
   LAW OFFICES OF ROBERT M. BALL
   8447 Wilshire Boulevard, Suite 100
2  Beverly Hills, CA 90211
   TELEPHONE:  (323) 653-6263
3  FACSIMILE:  (323) 653-2281

4  Attorneys for Plaintiff
   ROY L. MORRISON

5

6                    UNITED STATES DISTRICT  COURT

7                   NORTHERN  DISTRICT OF CALIFORNIA

8                      SAN FRANCISCO DIVISION

9  ROY L. MORRISON                          )   CASE NO.  CV05-04351 JSW
                                            )
10                    Plaintiff,            )   **PLAINTIFF'S COUNSEL**
                                            )   **ROBERT M. BALL  REQUEST**
11       vs.                                )   **TO APPEAR TELEPHONIC AT**
    ATTORNEY GENERAL OF THE UNITED          )   **THE CASE MANAGEMENT**
12  STATES DEPARTMENT OF JUSTICE            )   **CONFERENCE;**
    ALBERTO GONZALES,                       )   **DECLARATION OF ROBERT**
13                    Defendants.           )   **M. BALL IN SUPPORT**
    _____)   **THEREOF; AND** ~~**PROPOSED**~~
14                                              **ORDER** DENYING REQUEST

15                                              HEARING DATE
                                                Date:    July 7, 2006
16                                              Time:   1:30 p.m.
                                                Room:  2, 17th Fl.
17                                              Before: Hon. Jeffrey S. White

18

19       Pursuant to Civil Local Rule 7-11, Plaintiff's counsel Robert M. Ball hereby requests

20  that he be allowed to appear telephonically at the Case Management Conference ("CMC") set

21  for July 7, 2006 at 1:30 p.m. with the Honorable Jeffrey S. White.  Attorney Ball's office is

22  located in Beverly Hills, California and telephonic participation in the CMC would allow Mr.

    Ball to minimize costs to his client associated with travel and lodging.   Two days prior to the

                                            1

1   hearing, Mr. Ball will provide the clerk with the telephone number at which the Court can reach

2   him and will be available at that number for up to one hour from the time of the scheduled

    hearing.

3   Dated: April 13, 2006                    LAW OFFICES OF ROBERT M. BALL

4
                                             By: _____/s/_____
5                                                  Robert M. Ball
                                                   Attorney for Plaintiff
6                                                  ROY L. MORRISON

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

**PLAINTIFF'S COUNSEL ROBERT M. BALL  REQUEST TO APPEAR TELEPHONIC AT THE CASE MANAGEMENT CONFERENCE; DECLARATION OF ROBERT M. BALL IN SUPPORT THEREOF; AND PROPOSED ORDER**

## DECLARATION OF ROBERT M. BALL

I am an attorney at law duly licensed to practice law before all Courts in The State of California and I am the attorney of record for Plaintiff, ROY L. MORRISON ("Plaintiff") in the instant action.  All facts set forth in this declaration are based upon my own personal knowledge.  I can and will competently attest to each such fact if called as a witness herein.

1.    My office is located in Beverly Hills, California.

2.    My client is responsible to costs associated with this case, including travel and lodging.

3.    To minimize costs for my client, I wish to appear telephonically.

4.    I am aware of no issues that require my actual in person appearance.

5.    Abram Simmons has stipulated to me appearing telephonically.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed this 30th  day of June, 2006, at Beverly Hills, California.

\_\_\_\_\_/s/_____
ROBERT M. BALL

**PLAINTIFF'S COUNSEL ROBERT M. BALL  REQUEST TO APPEAR TELEPHONIC AT THE CASE MANAGEMENT CONFERENCE; DECLARATION OF ROBERT M. BALL IN SUPPORT THEREOF; AND** ~~PROPOSED~~ **ORDER**

(~~PROPOSED~~ ORDER ~~)~~

PLAINTIFF'S COUNSEL ROBERT M. BALL'S REQUEST TO APPEAR

TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE ON JULY 7, 2006

AT 1:30 P.M. IS HEREBY ~~GRANTED.~~   DENIED.

~~PLAINTIFF'S COUNSEL MUST PROVIDE A PHONE LINE TO THE COURT~~

~~CLERK TWO DAYS PRIOR TO THE SCHEDULED HEARING~~.

**IT IS SO ORDERED.**

Dated: July 5, 2006

_____

HON. JEFFREY S. WHITE

UNITED STATES DISTRICT COURT JUDGE

4