United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROY MORRISON,

    Plaintiff,

v.

ALBERTO GONZALES, et al.,

    Defendants.
                                        /

No. C 05-04351 JSW

**ORDER REFERRING DISCOVERY DISPUTE TO MAGISTRATE JUDGE**

Pursuant to Civil Local Rule 72-1 this matter is referred to a randomly assigned magistrate judge for resolution of the current discovery dispute filed on November 1, 2006. The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge.

**IT IS SO ORDERED.**

Dated: November 2, 2006
                                              /S/
                                          PHYLLIS J. HAMILTON FOR
                                          JEFFREY S. WHITE
                                          UNITED STATES DISTRICT JUDGE

cc: Wings Hom