IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROY MORRISON,

    Plaintiff,

v.

ALBERTO GONZALES,

    Defendant.

No. C 05-04351 JSW

**ORDER DENYING WITHOUT PREJUDICE REQUEST TO EXTEND DISCOVERY DEADLINE**

    On December 16, 2006, Defendant filed a letter brief requesting an extension of the discovery deadline, so as to allow Plaintiff to be deposed. In his letter brief, Defendant states that "Plaintiff does not object to Defendant's request but seeks to condition the deposition upon taking additional discovery of his own," and references an attached letter from Plaintiff's counsel.

    It is not clear from Plaintiff's letter what additional discovery is sought, and Defendant has not clearly identified his position on Plaintiff's request. Accordingly, the Court DENIES WITHOUT PREJUDICE the request to extend the discovery deadline. The parties may renew their request by submitting a stipulation to that effect, or by submitting a joint letter brief clearly outlining any conflicting positions on this issue. The Court also advises the parties that it is

1  unavailable the week of December 25, 2006 through December 29, 2006.

2  **IT IS SO ORDERED.**

3  Dated: December 20, 2006

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE