IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROY L. MORRISON,

    Plaintiff,

v.

ALBERTO GONZALES,

    Defendant.

No. C 05-04351 JSW

**ORDER RE LETTER BRIEF ON DISCOVERY**

The Court has received the letter dated January 23, 2007, from Defendant regarding his renewed request to extend the discovery deadline, and which also sets forth the parties' positions on additional discovery sought by Plaintiff. Defendant's letter, and its attachments, have been submitted in response to the Court's December 20, 2006 Order denying without a prejudice a similar request. The Court notes for the record that it appears that the parties have not been entirely diligent in pursuing discovery or in bringing their disputes to the Court in a timely fashion, in relation to impending deadlines. However, having considered the letter and its attachments, relevant legal authority, and good cause appearing, the Court HEREBY ORDERS as follows:

1. The request to extend the discovery deadline for the limited purposes of taking additional depositions is GRANTED. This extension relates only to depositions and not to any other forms of discovery. The parties shall have until February 23, 2007 to complete the depositions that are permitted by this Order.

2. Defendant shall be permitted to take Plaintiff's deposition, such deposition to last

1 | no longer than seven (7) hours.

2 |     3.     Plaintiff shall be permitted to take the deposition of Joe Gunja, such deposition to last no longer than seven (7) hours. Plaintiff shall also be permitted to take the depositions of two additional *party*-witnesses, *i.e.* witnesses currently within the Government's control, the total time for both depositions shall not exceed seven (7) hours.

    4.     With respect to the depositions permitted by this Order, the parties are to meet and confer on mutually agreeable dates and locations for all witnesses.

    5.     The parties shall have until March 2, 2007 to file dispositive motions, and shall notice any such motions for hearing on **April 13, 2007**.

    6.     The pretrial conference date of April 16, 2007 is HEREBY CONTINUED to Monday June 4, 2007 at 2:00 p.m. The parties' pretrial filings shall be due on Monday, May 21, 2007.

    7.     The trial date currently set for May 7, 2007 is HEREBY CONTINUED to Monday, July 9, 2007 at 8:30 a.m.

    8.     The Court shall modify these deadlines only on a showing of extraordinarily good cause. In addition, any party requesting a continuance of any deadline or date set in this Order must file such a request no later than fourteen (14) days prior to the expiration of that deadline or the date set.

**IT IS SO ORDERED.**

Dated: January 24, 2007

                                            JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California