IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROY L. MORRISON,

    Plaintiff,

v.

ALBERTO GONZALES,

    Defendant.
_____/

No. C 05-04351 JSW

**ORDER RE LETTER BRIEF ON HALL DEPOSITION**

The Court has received the letters dated February 16, 2007, from the parties regarding the deposition of Keith Hall. Having considered the parties' positions, the Court finds good cause to GRANT Plaintiff's request to have the deposition go forward. Although the Court did permit the Plaintiff to take the deposition of two additional party witnesses, the Defendant agreed to permit Plaintiff to take Mr. Hall's deposition knowing at the time they agreed to do so that he had retired from the Bureau of Prisons. Thus, at the time Defendant agreed to the deposition, Mr. Hall was not a party witness. Mr. Hall has also maintained his willingness to appear for the deposition. Accordingly, the deposition shall go forward on February 21, 2007.

**IT IS SO ORDERED.**

Dated: February 20, 2007

                                        JEFFREY S. WHITE
                                        UNITED STATES DISTRICT JUDGE