**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROY L. MORRISON,

    Plaintiff,

v.

ATTORNEY GENERAL OF THE UNITED STATES DEPARTMENT OF JUSTICE ALBERTO GONZALES and THE FEDERAL BUREAU OF PRISONS and DOES 1-10, inclusive,

    Defendants.

No. C 05-04351 JSW

**ORDER SETTING DEADLINE TO RESPOND TO ORDER TO SHOW CAUSE**

On May 22, 2007, the Court issued an Order to Show Cause. This Order is issued to advise Plaintiff that the response to the Order to Show Cause shall be due by no later than 10:00 a.m. on May 29, 2007.

**IT IS SO ORDERED.**

Dated: May 22, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE