IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORRISON,<br><br>    Plaintiff,<br><br>  v.<br><br>GONZALES ET AL,<br><br>    Defendant.<br>_____/ | No. C 05-04351 JSW<br><br>**ORDER GRANTING MAY 22, 2007 LETTER BRIEF IN ITS ENTIRETY** |

    This matter comes before the Court upon consideration of a Letter Brief dated May 22, 2007, submitted by Defendant. In his letter, Defendant requests access to any Bureau of Prisons' computer Plaintiff may have used to draft a letter dated May 7, 2004, that is the subject of a pending motion in limine. Defendant also requests access to any other computer Plaintiff may have used to create the letter.

    On May 23, 2007, the Court issued an Order granting in part Defendant's request and Ordering Plaintiff to show cause why the request should not be granted in full. Plaintiff's response was due on May 25, 2007 by 1:00 p.m. Plaintiff filed no response to the Order to Show Cause by that deadline, and the Court has not received a response from Plaintiff as of the time this Order was signed.

    The Court finds good cause to grant the remainder of Defendant's May 22, 2007 letter brief. Accordingly, it is HEREBY ORDERED that:

    1.    Plaintiff shall make available to counsel for Defendant, or to a designated agent or contractor of counsel for Defendant, any laptop or computer in his possession

        or control on which he may have written the May 7, 2004 letter to Joseph Gunja that is the subject of Defendant's *ex parte* motion in limine (Docket No. 70), and any storage media on which that memorandum may have been stored.

2. Defendant shall be permitted to perform a forensic analysis of any computer or storage media produced pursuant to paragraph 1 of this Order.

3. Defendant shall make a mirror image of any computer hard drive or storage unit produced by Plaintiff and shall use their best efforts to return such computer hard drive or storage unit to Plaintiff as expeditiously as possible and in the same form as it was received from Plaintiff.

4. Defendant's forensic analysis and search of any computer or storage media produced by Plaintiff shall be limited to a search for the May 7, 2004 letter.

Plaintiff is FURTHER ORDERED to comply with this Order and the Court's May 23, 2007 Order by no later than June 1, 2007.

**IT IS SO ORDERED.**

Dated: May 25, 2007

                                                    JEFFREY S. WHITE
                                                    UNITED STATES DISTRICT JUDGE