IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY L. MORRISON,<br><br>    Plaintiff,<br><br>v.<br><br>ATTORNEY GENERAL OF THE UNITED STATES DEPARTMENT OF JUSTICE ALBERTO GONZALES and THE FEDERAL BUREAU OF PRISONS and DOES 1-10, inclusive,<br><br>    Defendants.<br>_____/ | No. C 05-04351 JSW<br><br>**ORDER DIRECTING PLAINTIFF TO APPEAR IN PERSON OR BY TELEPHONE AT PRETRIAL CONFERENCE** |

On May 22, 2007, the Court issued an Order to Show Cause as to why this case should not be dismissed for failure to prosecute. The Court has received Plaintiff's response thereto, and has also received Defendant's submission in reply. The Court is not satisfied with Plaintiff's response, and additional concerns have been raised in light of the issues raised with respect to Plaintiff's deposition that had been scheduled for May 29, 2007.

Accordingly, Plaintiff and his counsel are HEREBY ADVISED that the Order to Show Cause remains outstanding and they shall be prepared to address these issues at the Pretrial Conference on June 4, 2007. At this stage, the Court is still considering all possible sanctions, including terminating sanctions.

It is FURTHER ORDERED that Plaintiff Roy Morrison shall appear at the pretrial conference either in person or by telephone. If Plaintiff intends to appear by phone, counsel shall provide this Court's Courtroom Deputy with a landline at which Plaintiff may be reached

1  by no later than 12:00 p.m. on Friday, June 1, 2007.  The Court shall not accept any excuses for
2  Plaintiff's failure to participate in this conference.
3  **IT IS SO ORDERED.**
4  Dated: May 30, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE