1   SCOTT N. SCHOOLS (SC SBN 9990)
    United States Attorney
2   JOANN M. SWANSON (SBN 88143)
    Chief, Civil Division
3   ABRAHAM A. SIMMONS (SBN 146400)
    Assistant United States Attorney
4   OWEN MARTIKAN (SBN 177104)
    Assistant United States Attorney
5
            450 Golden Gate Avenue, 9th Floor
6           San Francisco, California 94102-3495
            Telephone:     (415) 436-7264
7           Facsimile:     (415) 436-6748
            Email:         abraham.simmons@usdoj.gov
8
9   Attorneys for Federal Defendants

    LAW OFFICES OF ROBERT M. BALL
10  Robert M. Ball (SBN 138482)

11          8447 Wilshire Boulevard, Suite 100
            Beverly Hills, CA 90211
12          Telephone:     (323) 653-6263
            Facsimile:     (323) 653-2281
13
    Attorneys for Plaintiff
14
                    UNITED STATES DISTRICT COURT
15
                  NORTHERN DISTRICT OF CALIFORNIA
16
                       SAN FRANCISCO DIVISION
17
    ROY L. MORRISON,                    )    No. C 05-4351 JSW
18                                       )
                        Plaintiff,       )
19                                       )    **JOINT STIPULATION TO CONTINUE**
                   v.                    )    **PLAINTIFF'S DEPOSITION TO**
20                                       )    **WEDNESDAY, JUNE 13, 2007**
    ALBERTO GONZALES, Attorney General   )
21  of the United States Department of Justice, )   AND ORDER THEREON
                                         )
22                      Defendant.       )
                                         )
23  _____ )

24         1.     On June 4, 2007, the Court ordered Plaintiff to appear for deposition on June 11,

25  2007 in San Francisco.

26         2.     The Bureau of Prisons  has been selected as the winner for all five awards being

27  presented by the Department of Justice Energy and Environmental Management

28  Awards Program (EEMAP) for 2007.

           3.     A Special Award Ceremony recognizing the winners will be held on June 11,

    2007 at the Department's Robert F. Kennedy Justice Building.  Mr. Morrison and

1          Marc A Wolff, are Facilities Managers and are among the selected winners.

2    4.      The parties in the above entitled action hereby stipulate to continue Plaintiff's

3    deposition from Monday, June 11, 2007 to Wednesday, June 13, 2007 in San

4    Francisco, CA at 10:00 a.m and lasting for no longer than 4 hours.

5    5.      Accordingly, the parties respectfully request the Court to approve the stipulation.

Dated: <u>June 7, 2007</u>          LAW OFFICES OF ROBERT M. BALL

_____/s/_____
ROBERT M. BALL
Attorney for Plaintiff

Dated: <u>June 7, 2007</u>          SCOTT N. SCHOOLS,
United States Attorney

_____/s/_____
OWEN MARTIKAN
Assistant U.S. Attorney
Attorney for Defendant

## <u>ORDER</u>

      IT IS HEREBY ORDER that Plaintiff's deposition be continued from Monday, June 11, 2007 to Wednesday, June 13, 2007 in San Francisco, CA at 10:00 a.m. and lasting for no longer than 4 hours.

Dated: __June 11, 2007__        _____
HON. JEFFREY S. WHYTE
UNITED STATES DISTRICT COURT JUDGE