IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY L. MORRISON,<br><br>      Plaintiff,<br><br>  v.<br><br>ATTORNEY GENERAL OF THE UNITED STATES DEPARTMENT OF JUSTICE ALBERTO GONZALES,<br><br>      Defendant.<br>_____/ | No. C 05-04351 JSW<br><br>**ORDER ON REVISED JOINT PRETRIAL ORDER** |

The Court has received the parties revised Joint Proposed Pretrial Order, the parties' Stipulations, and the parties' revised Jury Instructions. Having considered those materials, the Court HEREBY ORDERS:

1. If the revised jury instructions differ from those previously submitted, the parties shall submit the revisions on a diskette to the Court by no later than June 18, 2007.

2. The Court presumes that all objections to the exhibits are noted on the Joint Exhibit List, and any objections omitted are HEREBY DEEMED WAIVED. For those objections listed, the Court shall hear argument at the time the exhibit is offered and the Court shall count any time taken to resolve these objections against the party who does not prevail on the objection.

3. The Court also has considered the parties' revised witness lists and the time limits set forth thereon. Plaintiff shall be afforded seventeen hours total trial time, excluding opening and closing statements.

Defendant shall be afforded thirteen hours total trial time, excluding opening and closing statements.

Plaintiff and Defendant shall be afforded thirty (30) minutes each for opening statements and one (1) hour each for closing arguments.

4. With respect to the Stipulated Facts set forth in the revised Joint Proposed Pretrial Order, if the parties intend to submit those facts as stipulations to the jury, they shall file a further stipulation to the Court for the Court to submit to the jury by no later than June 18, 2007.

5. If the parties are able to resolve this matter before trial, they shall file a notice stating that they have resolved the matter and setting forth the time frame in which they expect to have the necessary paperwork completed and a dismissal on file.

**IT IS SO ORDERED.**

Dated: June 12, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE