United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY L. MORRISON, | |
|     Plaintiff, | No. C 05-04351 JSW |
|     v. | **ORDER VACATING TRIAL DATE** |
| ALBERTO GONZALES, et al., | |
|     Defendants. | |

Pursuant to the parties' Stipulation and Agreement of Compromise and Settlement, entered this date, the trial set for July 9, 2007 is HEREBY VACATED. The parties shall submit a status report to the Court is the dismissal is not filed within the sixty days contemplated by the Stipulation.

**IT IS SO ORDERED.**

Dated: June 19, 2007

                                                 JEFFREY S. WHITE
                                               UNITED STATES DISTRICT JUDGE