| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SC SBN 9990)<br>United States Attorney |
| 2 | JOANN M. SWANSON (SBN 88143)<br>Chief, Civil Division |
| 3 | SARA WINSLOW (DC Bar No. 457643)<br>OWEN MARTIKAN (SBN 177104) |
| 4 | Assistant United States Attorneys |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-6925 (Winslow)<br>(415) 436-7241 (Martikan) |
| 7 | Facsimile: (415) 436-6748<br>e-mail: sara.winslow@usdoj.gov |
| 8 | |
| 9 | Attorneys for Federal Defendant |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| ROY L. MORRISON, | ) | No. C 05-04351 JSW (EDL) |
| Plaintiff, | ) | |
| v. | ) | STIPULATION OF DISMISSAL;<br>[PROPOSED] ORDER |
| ALBERTO GONZALES, Attorney General of the United States Department of Justice, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between Plaintiff, Roy L. Morrison, and Defendant, Alberto Gonzales, through their undersigned counsel, that, pursuant to Fed. R. Civ. P. 41(a)(1) and the terms of the settlement agreement executed by Plaintiff, Defendant, and Federal Bureau of Prisons on June 19, 2007, this action is hereby dismissed with prejudice.

IT IS SO STIPULATED.

Respectfully submitted,

LAW OFFICES OF ROBERT M. BALL

Dated: August 7, 2007

/s/ Robert M. Ball
ROBERT M. BALL
Attorney for Plaintiff

|   |   |
|---|---|
| Dated: August 7, 2007 | SCOTT N. SCHOOLS<br>United States Attorney<br><br>_____<br>SARA WINSLOW<br>OWEN MARTIKAN<br>Assistant United States Attorney<br>Attorneys for Defendant |

### [PROPOSED] ORDER

Pursuant to stipulation and for good cause shown, IT IS HEREBY ORDERED THAT this action is dismissed with prejudice, pursuant to the terms of the June 19, 2007 settlement agreement executed by Plaintiff, Defendant, and the Federal Bureau of Prisons.

IT IS SO ORDERED.

Dated: August 8, 2007

HON. JEFFREY S. WHITE
United States District Judge